August 25, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIAM JOHNSON, Appellant

NO. 14-14-00475-CR                     V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. We have inspected the record and find that there is no error in the judgment requiring reversal, but that there is error in the judgment which is capable of reformation by this Court. Therefore, the judgment is **MODIFIED** to reflect that (1) appellant William Johnson was convicted of a first-degree felony rather than a state-jail felony; (2) there was no plea bargain in this case; and (3) appellant has the right to appeal. The Court orders the judgment **AFFIRMED** as **MODIFIED**. We further order this decision certified below for observance.